584 A.2d 222
STATE OF NEW JERSEY v. ROBERT BROWN.

May 21, 1990.

Petition for certification denied.

584 A.2d 222
STATE OF NEW JERSEY v. RAYMOND KLOTZ.

May 21, 1990.

Petition for certification denied.

584 A.2d 222
STATE OF NEW JERSEY v. RAYMOND BLOW.

May 21, 1990.

Petition for certification granted. (237 *N.J.Super.* 184, 567 *A.*2d 253)

584 A.2d 222
STATE OF NEW JERSEY v. ELIAS TORRES.

May 21, 1990.

Petition for certification denied.

584 A.2d 222
STATE OF NEW JERSEY v. TYRONE MORRISON.

May 21, 1990.

Petition for certification denied.